# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| E. H. et al. | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 08-2392 |
| | : | |
| SCHOOL DISTRICT OF PHILADELPHIA et al. | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 21st day of December, 2009, upon consideration of Plaintiffs' "Motion for Leave to Amend the Complaint" (doc. no. 21) and Defendants' response thereto, it is hereby **ORDERED** that, for the reasons set forth in the accompanying Opinion, Plaintiffs' Motion is **DENIED** in part, and **GRANTED** in part. Plaintiffs are **ORDERED** to file an Amended Complaint that complies with this Order.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**Mitchell S. Goldberg, J.**